UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          :

VERSUS                            :          COURT NO. 3:09CV654-RET-DLD

TIFFANY L. SHORTS                 :

### JUDGMENT

Upon motion of the United States of America and following Entry of Preliminary Default

against the defendant, Tiffany L. Shorts, on October 22, 2009,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff, the United States of

America, do have and recover judgment against the said defendant, Tiffany L. Shorts, for the

principal amount of $23,573.71, plus accrued interest of $8,839.22 as of November 21, 2008,

with interest accruing thereafter at the rate of $4.44 per day until the date of judgment, plus

interest from the date of judgment at the legal rate provided by 28 U.S.C. §1961, computed daily

and compounded annually until paid in full.

Baton Rouge, Louisiana, this _4th_ day of _Nov_, _____, 2009.

HONORABLE RALPH E. TYSON
CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

s/James L. Nelson
James L. Nelson, LBN 09934
Assistant U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Telephone: (225) 389-0443
E-Mail: jim.nelson@usdoj.gov